UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23388-CIV-KMM

ORLANDO ESTRADA and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                        Plaintiff, )
   vs. )

FTS USA, LLC,
                                                  Defendant. )
_____ )

## PLAINTIFF'S UPDATED STATEMENT OF CLAIM

     Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (10/10/12-3/24/14):**
Amount of half time per hour not compensated: $5
Weeks: 75
Overtime hours per week: 15
Total wages unpaid and liquidated damages: $5,625 X 2 = $11,250

Attorney fees and costs to date[1]:
J.H. Zidell, Esq. – 1.5 hours X $350.00 per hour = $525
J.H. Zidell, Esq. – 1.4 hours X $390.00 per hour = $546
K. David Kelly, Esq. – 1.4 hours X $325.00 per hour = $455
K. David Kelly, Esq. – 0.4 hours X $350.00 per hour = $140
Chris Cochran, Esq. – .7 hours X $200.00 per hour = $140
Rivkah Jaff, Esq. – 5.5 hours X $200.00 per hour = $1,100
Rivkah Jaff, Esq. – 2.9 hours X $225.00 per hour = $652.50
Costs:  $515

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to claim time and one-half for any completely unpaid overtime hours during the respective period should the facts adduced in discovery justify same.

---

[1] The Firm's fee schedule has been adjusted since the filing of the subject lawsuit.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 12/21/15 TO:**

**ALL CM/ECF RECIPIENTS**

**DORI KATRINE STIBOLT, ESQ.
FOX ROTHSCHILD LLP
222 LAKEVIEW AVENUE, SUITE 700
WEST PALM BEACH, FL 33401
PH: 561-835-9600
FAX: 561-835-9602
EMAIL: DSTIBOLT@FOXROTHSCHILD.COM**

**SUSANNE MARY CALABRESE, ESQ.
FOX ROTHSCHILD LLP
222 LAKEVIEW AVENUE, SUITE 700
WEST PALM BEACH, FL 33401
PH: 561-804-4468
EMAIL: SCALABRESE@FOXROTHSCHILD.COM**

**BY:_____/s/ Rivkah F. Jaff_____
    RIVKAH F. JAFF, ESQ.**