UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-23388-MOORE/McALILEY

ORLANDO ESTRADA, and all
others similarly situated under 29 U.S.C. 216 (b),

    Plaintiff,
v.

FTS USA, LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 25th day of August, 2016 at 10:00 a.m. All parties appeared.

No agreement was reached; IMPASSE.

Dated this 1st day of September, 2016

    Respectfully Submitted,
    **Neil Flaxman, Esq.**
    Florida Supreme Court Certified Circuit &
    Appellate Mediator
    Certified District Court Mediator (S.D. Fla.)
    Brickell City Tower, Suite 3100
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-810-2786- Fax: 305-810-2824
    E-mail: flaxy@bellsouth.net

By: *s/ Neil Flaxman*
    Neil Flaxman, Esq.
    Fla. Bar No. 025299