# MIAMI RESIDENTIAL DAILY
## CORP:

**Tech #:** 3020
**Date:** 1/16/14
**Print Full Name:** Gerardo Estrada

**Start:** 7:30
**Stop:** —
**Start:** —
**Stop:** 4:00
**Total Hours:** 8:30

| ADDRESS | JOB # | B-1 Aerial Installation | B-3 Underground Installation | B-4 Temporary Drop | B-5 Conduit Pull - Underground Replacement <same trip> | B-6 Multiple Dwelling Unit Installation | C-1 Reconnect/Add Video | C-2 Change of Service - Pole Only | C-3 Restart/Make Tap Hot | D-1 Service Call | F-1 Replace Aerial Drop | F-1B Replace Aerial Drop <same trip> | F-3 Additional Outlet (New) | F-3b Additional Outlet (New) <same trip> | F-4 Additional Outlet (New) Wall fish | F-4b Additional Outlet (New) Wall fish <same trip> | F-5 Activate Outlet (Pre-Wired or Existing) | F-5b Activate Outlet (Pre-Wired or Existing) <same trip> | F-6 Reconfigure Phone Jack for 2nd Line | F-6b Reconfigure Phone Jack for 2nd Line <same trip> | F-8 Wall Fish Only <same trip> | F-9 Structure Wrap Grounding | F-9b Structure Wrap Grounding <same trip> | G-1 Digital Set Top Connect/Cable Card | G-1b Digital Set Top Connect/Cable Card <same trip> | G-2 Digital Transport Adapter (DTA) | G-2b Digital Transport Adapter (DTA) <same trip> | G-3 Advanced Set Top CPE Connect | G-3b Advanced Set Top CPE Connect <same trip> | G-4 Comcast Digital Voice Installation | G-4b Comcast Digital Voice Installation <same trip> | G-5 High Speed Data Installation | G-5b High Speed Data Installation <same trip> | G-6 Comcast Digital Voice + High Speed Data Installation | G-6b Comcast Digital Voice + High Speed Data Installation <same> | G-7 Alarm Verification <same trip> | G-8 Wireless Networking -802.11 (Per Device) | G-8b Wireless Networking -802.11 (Per Device) <same trip> | G-10 Whole House DVR (MoCA) | G-10b Whole House DVR (MoCA) <same trip> | G-11 Extreme 105 High Speed Data Installation | G-11b Extreme 105 High Speed Data Installation <same trip> | G-12 Swap Cable Modem/EMTA | G-12b Swap Cable Modem/EMTA <same trip> | H-1 Custom Work | H-6 Miscellaneous Special Request Order Work | H-8 Post Wire | H-9 House Amplifier Installation <same trip> | H-10 Drop Bury (up to 200 feet) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1451 S Miami Ave Apt 1203 | 237.192 | | | | | | 1 | | | | | | 3 | | | | | | | | | | | 1 | | 1 | | | | | | 1 | | 1 | | | | 1 | | | | | | | | | | |
| 50 SW 10th Apt 1003 | 286.566 | | | | | | | | | | | | 3 | | | | | | | | | | | | | 1 | | 2 | | | | | | | 1 | | | | | | | | | | | | | |
| 1451 S Miami Ave Apt 1004 | 234.305 | | | | | | | | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 1451 S Miami Ave Apt 302 | 234.800 | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | |
| 818 SW 2nd St Apt 201 | 280.994 | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 677 SW 4th Ave Apt 101 | 301.363 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 101 SW 7th St Apt 1104 | 302.020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Technician Signature
Project Administrator Signature
Manager Signature After Review
Manager/Supervisor signature/approval

Employee Signature: ______________________ Date: ______________________

Generated at: 01/16/2014 06:54am Generated by: Renee Thomas

# Assignment Form

**Employee:** Estrada, Orlando **Employee ID:** 805688 (117740) **PC:** 860000

| Count | Serial | Type | PC | Account | Return | Received On | Assigned On |
|---|---|---|---|---|---|---|---|
| 9/18 | TM4209909376 | DTA | 860000 | | | 1/13/14 | 1/16/14 |
| 10/18 | TM4116101945 | DTA | 860000 | | | 1/13/14 | 1/16/14 |
| 11/18 | 0CF893B46572 | AWG (DORY) | 860000 | | | 1/15/14 | 1/16/14 |
| | Y 8495600446043659 (286-564) | | | | | | |
| 12/18 | 0CF893B463B2 | AWG (DORY) | 860000 | | | 1/15/14 | 1/16/14 |
| 13/18 | 0CF893B464F2 | AWG (DORY) | 860000 | | | 1/15/14 | 1/16/14 |
| | Y | | | | | | |
| 14/18 | 0CF893B46062 | AWG (DORY) | 860000 | | | 1/15/14 | 1/16/14 |
| 15/18 | 0CF893B43FE2 | AWG (DORY) | 860000 | | | 1/15/14 | 1/16/14 |
| | Y 8495600446038822 (239-800) | | | | | | |
| 16/18 | MT1325TPH743 | Anyroom DVR (HUB) | 360000 | | | 1/13/14 | 1/16/14 |

# Assignment Form

Employee: Estrada, Orlando    Employee ID: 805688 (117740)    PC: 860000

Generated at: 01/16/2014 06:54am Generated by: Renee Thomas

| Count | Serial | Type | PC | Account | Return | Received On | Assigned On |
|---|---|---|---|---|---|---|---|
| 17/18 | MA1103FRM619 | Anyroom Digital (Satellite) | 860000 | | 1/13/14 | 1/16/14 |
| 18/18 | MA1144FEG183 | Anyroom Digital (Satellite) | 860000 | | 1/10/14 | 1/16/14 |

Handwritten notes next to rows:
- Y 8yds 600uU 60c/ds 54 (986.561)
- Y 8u 856uU 60c/ds 64s (986.561)

Employee
Signature: _____ Date: _____



---

Count | Serial | Type | PC | Account | Return | Received On | Assigned On

Employee
Signature: _____ Date: _____

Generated at: 01/16/2014 06:54am Generated by: Renee Thomas

# Comcast

1-DCT
1-DTA
1-[illegible]

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| [illegible] | CHSI RECONNECT | 239.80 |
| **SALES REP** | **ORDER NUMBER** | **PRINT DATE** |
| [illegible] | [illegible] | 01/15/1[illegible] |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | W 1-3 | 025 | 01 | |
| | **OTHER PHONE** | **CUSTOMER NUMBER** | **CALL FIRST** | | | **PRINT ID** |
| | | [illegible] | | | | MIA[illegible] |

**ORDER REASONS**

DOOR TO DOOR

**REQUESTOR**

| CODE | QTY | DESCRIPTION | CHARGE |
|---|---|---|---|
| WORK TO BE PERFORMED | | | |
| 10 -10 | 1 | PERF W/T | 43.95 |
| 19 -9 | 1 2+ | CHSI INSTALL | 10.00 |
| EI001-EI001 | 1 | WM AU 3B 5A | 49.95 |
| HF029-HF029 | 1 | MDM-RENT | 3.00 |
| HT052-HT052 | 1 | WM DEV IPC | 0.00 |
| OI150-OI150 | 1 YI | TRUCK ROLL | 19.95 |
| VC052-VC052 | 1 | DIGI STARTER | 43.95 |
| VF108-VF108 | 1 | DTA A/O 1 | 1.99 |
| 1J -1J | 1 | D-PKO OCT | 0.00 |
| 1K -1K | 1 | D-PKG REMOTE | 0.00 |
| 22 -22 | 1 2+ | DIGITAL RECO | 10.00 |

EQUIPMENT
OUTLET SERIAL NUMBER/ TYPE/OWNER
EQUIPMENT ADDRESS / COMPONENT

A M40629NG7227 /VIDEO / /
V0001 VD018 VS002 1H VF073 VF075 1
1J HT052 HF029
B 0CF893B43FE2 /HSD / /
0 VD018 VS002 1H VF073 VF075 1K 1
HT052 HF029
C TMU134910566 /VIDEO / /
VF013 VD018 VS002 1H VF073 VF075 1
1J HT052 HF029

MGMT AREA. METRO MIAMI HEADEND MIAMI1 ADS 31 MIAMI1 ADS 31 MIAMI1 ADS 31
DWELLING TYPE: NSTEN C100+ UNT HOUSE STATUS: R DO/WCM/DCS/V
NODE: MIBFD MIBFD MIBFD POLE OWNER: BRIDGER: MIBFD TAG 1: B1670036
TAG 2: W1231289 TAG 3: BL700[illegible]218 OUTLETS: 000000

VIP BLANK SUB ACCOUNT NUMBER: [illegible] RUNNING GROUP: 050
CURRENT BALANCE: 0.00 S-CUSTOM FIELD VIP: DELINQUENT AMOUNT: 0.00
DELINQUENT DAYS: 000

NOTES TO TECHNICIAN
PARK PLACE AT BRICKELL [illegible] 1CHSI, 1WIRELESS SETUP
INSTALL 39.95 XSS W-LESS INST.

COD AMOUNT 0.00

1-CONNECCIÓN
3-A/O NEW
1-DCT
1-DTA
1-DOKY CON CHSI
1-WIRELESS
CABLE SOL

| Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | +8.3 | | | | -60 | | Level at TV | +3.2 | | | +1.0 | | |

**TROUBLE CALL RESOLUTION CODES**

C-1 F-3BX3 + 61B + 62B + 65B + 66B

Were we on time? (Y) N CS
Were you educated on the product and services? (Y) / N CS
Were you provided a welcome kit if installed/upgraded? (Y) / N CS

PAYMENT TYPE ▶ ☐ CASH ☐ CHECK CHECK #
AMOUNT PAID NO / CS TECHNICIAN'S INITIALS ▶

COMPLETION
| TECH # | START TIME | STOP TIME |
|---|---|---|
| [illegible] | 12:51 | 2:00 |

GROUNDED (Y) / N
BONDED TO FPL (Y) / N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

| [illegible] | 1/16/14 | [illegible] | 1/16/14 |
|---|---|---|---|
| COMPANY REPRESENTATIVE | DATE | CUSTOMER SIGNATURE | DATE |

1-OCT

**Comcast**

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| 8020 | VIDEO UPGRADE | 290 97 |
| SALES REP | ORDER NUMBER | PRINT DATE |
| 16102 | 1000802431982030000l | 01/15/1 |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | 3 3-5 | 012 | 01 | |
| | OTHER PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT ID |
| | | [illegible]121582 | 305-603-7286 | | | [illegible] |
| REQUESTOR | ORDER REASONS | | | | | |

EQUIPMENT

OUTLET / SERIAL NUMBER / TYPE/OWNER

EQUIPMENT ADDRESS / COMPONENT

m90710F2R637 /HSD

3 0015A4463B09 /VO/R

0015A4463B09 /HSD PORT

0 0015A4463B09 /VO/R

0015A4463B0A /VOICE PORT 1

TN 786-536-4094

1. TF023 VF139 VF143 VD017 1H VP15

0 0015A4463B09 /VO/R

0015A4463B0A /VOICE PORT 2

TN 305-603-7286

1. TF023 VF139 VF143 VD017 1H VP15

0 00194774A405 /N /P

/VIDEO

VB001 VF139 VF143 VD017 1H VP150

D 0 /VP/F

/TELEPHONE

CURRENT

TN PACKAGE 0.00

UNL LONG DIS 0.00

FEATURE PKG 0.00

UNLLI-2PROD

AMTA NO HOO 0.00

PUB LIST 0.00

W E BOT

ECONVIDBUNDL

VE303-VE303 1 DEDSTBPRIM 0.00

CALL WAITING 0.00

VOICE MAIL 0.00

305-603-7286 PORT# AA002

TI-PROVISION 0.00

MGMT AREA: METRO MIAMI HEADEND: MIAMI1 ADS 31 MIAMI1 ADS 31 MIAMI1 ADS 31

DWELLING TYPE: HOTEN C5-50 UNT HOUSE STATUS: R DU/WOM/DC3/V

NODE: MI82A MI82A MI82A POLE OWNER: BRIDGER: MI82A TAG 1: B21217713

TAG 2: W1717673 TAG 3: BL569433 OUTLETS: 010101

CONNECT DATE: 06/04/2013

DUNNING GROUP: 400 CURRENT BALANCE: 187 68 S-CUSTOM FIELD VIP:

DELINQUENT AMOUNT: 0.00 DELINQUENT DAYS: 000 LAST PAYMENT DATE: 01/03/2014

Instadel OCT

1-A/O NEW $.30-00

| Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | +10.5 | | | | +8.3 | | Level at TV | +6.5 | | +3.0 | | | |

TROUBLE CALL RESOLUTION CODES

G1 4F:3B

Were we on time? (Y) N EB

Were you educated on the product and services? (Y) N EB

Were you provided a welcome kit if installed/upgraded? (Y) N EB

PAYMENT TYPE ▶ ☐ CASH ☐ CHECK CHECK #

AMOUNT PAID 20X 15 TECHNICIAN'S INITIALS ▶

COMPLETION

| TECH # | START TIME | STOP TIME |
|---|---|---|
| 8020 | 2-20 | 2-59 |

GROUNDED (Y) N

BONDED TO PL (Y) N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

COMPANY REPRESENTATIVE 1/15/14 DATE CUSTOMER SIGNATURE 1/15/14 DATE

# Comcast

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| 2020 | HDV CONNECT | 286 54 |
| SALES REP | ORDER NUMBER | PRINT DATE |
| 29002 | 1000082814592038000 1 | 01/15/1 |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| [illegible] | 305-[illegible] | [illegible] | C 10-12 | 020 | 01 | |
| | OTHER PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT ID |
| | [illegible] | [illegible] 14 | | | | [illegible] |

ORDER REASONS

REQUESTOR

1-ERMA
HD/AID

EQUIPMENT
WORK TO BE PERFORMED — SERIAL NUMBER/ TYPE/OWNER
EQUIPMENT ADDRESS / COMPONENT

| | | | |
|---|---|---|---|
| | CHHI INITIAL | 0.00 | A mA1103FRm619 / / |
| | CHHI INSTALL | 0.00 | /DSG HSD COMP |
| -87 1 | IN PACK | 0.00 | VFT28 VFT26 VFT28 VT388 DT015 TT03 |
| ANT19-ANT19 1 | MONOHOPREFTP | 7.99 | ATT19 VB006 VDT02 VD021 VF028 VF06 |
| ATT25-ATT25 1 | TAPRM HOP | 0.00 | VP001 VST13 VT163 ATT25 VTT05 |
| DT015-DT015 1 | NO DATA | 0.00 | B 0CF893B4657 / / |
| H8207-H8207 1 | PERFORMANCE | 0.00 | /HSD |
| 1 | UNL LONG DIS | 0.00 | H8207 H8126 VFT26 VFT28 VT388 DT01 |
| 1 | FEATURE | 0.00 | TT03 ATT19 VB006 VDT02 VD021 VF02 |
| DI110-DI110 1 | TRACK | | VF036 VP001 VST13 VT163 ATT25 VTTO |
| TF019-TF019 1 | EMTA | 0.00 | C mA1144FEG183 / / |
| T8040-T8040 1 | PUB LIST | 0.00 | /VIDEO |
| TT036-TT036 1 | CSTOWNHRD/AL | 0.00 | VST12 VFT26 VFT28 VT388 DT015 TT03 |
| VST60-VST60 1 | CLXIHDDOTURO | 0.00 | ATT19 VB006 VDT02 VD021 VF028 VF06 |
| VTT03-VTT05 1 | 81/02 TRACK | 0.00 | VP001 VST13 VT163 ATT25 VTT05 |
| 22 -22 1 | DIGITAL RECV | 0.00 | D / / |
| 5A -5A 1 | CDVILINKINET | 0.00 | /TELEPHONE |
| 92 -92 1 | CALL WAITING | 0.00 | TF 305-381-0864 |
| 94 -94 1 | VOICE MAIL | 0.00 | 1. TT019 VFT26 VFT28 VT388 DT015 T |
| R+ -R+ 1 | CALLERIDTV | 0.00 | ATT19 VB006 VDT02 VD021 VF028 VF06 |
| T8049-T8049 1 | CALLER ID PC | 0.00 | VP001 VST13 VT163 ATT25 VTT05 |

305-381-0864

F CONNECTION NEW $90.00
3-A10
2-HD
1-DORY CONNECT
1-Wireless $49.95

MGMT AREA: METRO MIAMI HEADEND: MIAMI1 ADS 31 MIAMI1 ADS 31 MIAMI1 ADS 31
DWELLING TYPE: ... HOUSE ...
NODE: MI808 MI808 MI808 POLE OWNER: BRIDGER: MI808 TAG 1: TAG 2:
TAG 3: OUTLETS: 000000

VIP: 88 TENANT SUB ACCOUNT NUMBER: 8495 60 044 6042659 DUNNING GROUP: 050
CURRENT BALANCE: 0.00 [illegible] FIELD [illegible] DELINQUENT AMOUNT: 0.00
DELINQUENT DAYS: 000

NOTES TO TECHNICIAN
[illegible] BASIC [illegible] ALL OUTLETS
[illegible] TRIPLE PLAY - BRING IN 2 HDTV

| Channel | ST | 52 Mhz | CH 2 | CH 52/76 | HSD 698 | Telco 701 | CH 116/135 | ... | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | | +8.3 | | | +6.0 | | | | Level at TV | | +3.7 | | +8.5 | | |

**TROUBLE CALL RESOLUTION CODES**
C.1 F3Bx3 + G3Bx2 + G6B + 8B

Were we on time? Y / N BM
Were you educated on the product and services? Y / N BM
Were you provided a welcome kit if installed/upgraded? Y / N BM

PAYMENT TYPE ▶ ☐ CASH ☐ CHECK CHECK #
AMOUNT PAID 104 BM — TECHNICIAN'S INITIALS ▶

**COMPLETION**

| TECH # | START TIME | STOP TIME |
|---|---|---|
| 2020 | 9-42 | 12-23 |

GROUNDED Y/N
BONDED TO FPZ Y/N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscribe agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

COMPANY REPRESENTATIVE — DATE 1/16/14 — CUSTOMER SIGNATURE — DATE 1/16/14

# comcast

| | TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|---|
| COMCAST [illegible address] (305) [illegible] | [illegible] | [illegible] CONNECT | 28.52 |
| | SALES REP | ORDER NUMBER | PRINT DATE |
| | [illegible] | 1008029149920380001 | 01/15/1[?] |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| MONTERO BRIAN [illegible] SW 10TH ST APT [illegible] MIAMI FL 331[illegible] | [illegible] | 01/15/14 | C 10-12 | 001 | 01 | |
| | OTHER PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT ID |
| | [illegible] | [illegible]7871214[?] | | | | M[illegible] |
| REQUESTOR | | ORDER REASONS | | | | |
| | [illegible] | | | | | |

OLD AMOUNT: $0

---

| Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | | | | | | | Level at TV | | | | | | |

**TROUBLE CALL RESOLUTION CODES**

ere we on time? Y / N ___
ere you educated on the product and services? Y / N ___
ere you provided a welcome kit if installed/upgraded? Y / N ___

AYMENT TYPE ▶ ❑ CASH   ❑ CHECK   CHECK # ___
MOUNT PAID ___   TECHNICIAN'S INITIALS ▶ ___

**COMPLETION**
ECH # | START TIME | STOP TIME    GROUNDED Y / N
                                  BONDED TO FPL Y / N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

___ / ___ / ___
COMPANY REPRESENTATIVE        DATE        CUSTOMER SIGNATURE        DATE

# Comcast

COMCAST
6585 NOVA DRIVE DAVIE FL
(305) 266-2172

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| 8020 | VIDEO UPGRADE | 301.24 |
| SALES REP | ORDER NUMBER | PRINT DATE |
| 99445 | 1000802645102036000 | 01/15/1 |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| FERNANDEZ, DELIDA H | 305-858-8744 | 01/16/14 | 5 5-7 | 008 | 01 | |
| 677 SW 9TH AVE APT 101 | OTHER PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT ID |
| MIAMI FL 33130-7225 | 305-000-0000 | 1203325805309 | 305-858-8744 | | | MIA3 |

| REQUESTOR | ORDER REASONS |
|---|---|
| DELIDA | T NO TRUCK |

| CODE | QTY | DISC | DESCRIPTION | CHARGE | EQUIPMENT |
|---|---|---|---|---|---|
| | WORK TO BE PERFORMED | | | | OUTLET / SERIAL NUMBER / TYPE/OWNER |
| AI042-AI042 | 1 | | $0 ADDRS CHG | 0.00 | EQUIPMENT ADDRESS / COMPONENT |
| O1150-O1150 | 1 | | TRUCK ROLL | 37.95 | A PAEH01137550  /MA/R |
| TS091-TS091 | 0 | | LA300 | 0.00 | 00001900028018895150/VIDEO |
| | CURRENT | | | | VS001 TT037 TT050 VF073 VF075 VD01 |
| #7 | -#7 | 1 | TN PACKAGE | 0.00 | VS002 1H 1J 1K VD005 1Q 1U |
| BW | -BW | 1 | ANALOG AO | 0.00 | B 0015D151FABE  /VS/R |
| >< | ->< | 1 | UNL LONG DIS | 0.00 | 0015D151FABE  /HSD PORT |
| >> | ->> | 1 | FEATURE PKG | 0.00 | B 0015D151FABE  /VS/R |
| > | -> | 1  0X | UNLLI-2PROD | 31.14 | 0015D151FABF  /VOICE PORT 1 |
| TF023-TF023 | 1 | | EMTA NO HSD | 8.00 | TN 305-858-8744 |
| TS040-TS040 | 1 | | PUB LIST | 0.00 | 1. TF023 TS091 TT037 TT050 VF073 V |
| TS091-TS091 | 1 | | LA300 | 5.75 | VD018 VS002 1H 1J 1K VD005 1Q 1U |
| TT037-TT037 | 1 | | NOCUSTOWN EQ | 0.00 | B 0015D151FABE  /VS/R |
| TT050-TT050 | 1 | | 1Q11CDVMULTI | 0.00 | 0015D151FABF  /VOICE PORT 2 |
| VC052-VC052 | 1  I4 | | DIGI STARTER | 34.99 | C MA0946FHA771  /MC/R |
| VD005-VD005 | 1  BG | | SPORTS ENT | 0.00 | 000000001501482324S/VIDEO |
| VE108-VE108 | 1 | | DTA A/O 1 | 1.99 | VF013 TT037 TT050 VF073 VF075 VD01 |
| 1J | -1J | 1 | D-PKG DCT | 0.00 | VS002 1H 1J 1K VD005 1Q 1U |
| 1K | -1K | 1 | D-PKG REMOTE | 8.00 | C M70947FM7261  /R3/R |
| 6# | -6# | 1  DC | DIGI A/O FAK | 1.99 | /VIDEO ONLY |
| 9> | -9> | 1 | CALL WAITING | 0.00 | D *  /N /P |
| 9~ | -9~ | 1 | VOICE MAIL | 0.00 | /VIDEO |
| | 305-858-8744 | | | | 39 TT037 TT050 VF073 VF075 VD018 V |
| R+ | -R+ | 1 | CALLERIDTV | 0.00 | 1H 1J 1K VD005 1Q 1U |
| 6D | -6D | 1 | NUM-PORT | 0.00 | E *  /N /P |
| | | | | | /VIDEO |
| | | | | | BW TT037 TT050 VF073 VF075 VD018 V |
| | | | | | 1H 1J 1K VD005 1Q 1U |

Handwritten: Install de 1 DCT
Signature: Selida Fernandez

MGMT AREA: METRO MIAMI   HEADEND: MIAMI1 ADS 31   MIAMI1 ADS 31   MIAMI1 ADS 31
DWELLING TYPE: ASTEN 05-60 UNT   HOUSE STATUS: R DG/WDM/DCO/V
NODE: MIB1F MIB1F MIB1F   POLE OWNER:   BRIDGER MIB1F TAG 1: J421984
TAG 2: W1500172   TAG 3:   OUTLETS: 010101

VIP: BLANK   SUB ACCOUNT NUMBER 8495 60 044 0768812   CONNECT DATE: 12/21/1993

| | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | 125 | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | 785 | 17 | 6.2 | | | DEL | NGUEN | Level at TV | | | | | | |

## TROUBLE CALL RESOLUTION CODES

G1

Were we on time? (Y) N  DF
Are you educated on the product and services? Y N  DF
Are you provided a welcome kit if installed/upgraded? Y N  DF

PAYMENT TYPE ▶ ☐ CASH  ☐ CHECK   CHECK # _____
AMOUNT PAID _____
TECHNICIAN'S INITIALS ▶ _____

COMPLETION
TECH #  START TIME  STOP TIME
2021  9.15  9.40

GROUNDED Y/ N
BONDED TO FPL Y/ N

COMPANY REPRESENTATIVE

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

1/16/14
DATE
CUSTOMER SIGNATURE: Selida Fernandez  1/16/14
DATE

**Comcast.**

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| [illegible] | VIDEO UPGRADE | 301 [illegible] |
| **SALES REP** | **ORDER NUMBER** | **PRINT DATE** |
| [illegible] | 1000802645102036000[illegible] | 01/15/1[illegible] |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] SW 9TH AVE APT [illegible] | **OTHER PHONE** | **CUSTOMER NUMBER** | **CALL FIRST** | | | **PRINT ID** |
| MIAMI FL 3313[illegible]-3203 | [illegible] | [illegible] | 305-558-37[illegible] | | | MIA[illegible] |
| | **ORDER REASONS** | | | | | |
| **REQUESTOR** | [illegible] | | | | | |
| [illegible] | | | | | | |

NOTES TO TECHNICIAN

SPANISH SPEAKING CUSTOMER

COD AMOUNT 0.00

| Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | | Channel | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level at Grd Blk | | | | | | | | Level at TV | | | | | | | |

**TROUBLE CALL RESOLUTION CODES**

Were we on time? Y / N

Were you educated on the product and services? Y / N

Were you provided a welcome kit if installed/upgraded? Y / N

**PAYMENT TYPE ▶** ☐ CASH ☐ CHECK CHECK #

AMOUNT PAID TECHNICIAN'S INITIALS ▶

**COMPLETION**

| TECH # | START TIME | STOP TIME |
|---|---|---|
| | | |

GROUNDED Y / N

BONDED TO FPL Y / N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE** BACK.

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

COMPANY REPRESENTATIVE DATE CUSTOMER SIGNATURE DATE

# Comcast.

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| [illegible] | 401 TAP CONNECT | 302 23 |
| SALES REP | ORDER NUMBER | PRINT DATE |
| [illegible] | [illegible] | 01/13/1 |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 8 8A11P | 006 | 38 | |
| | OTHER PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT ID |
| | [illegible] | [illegible] | 786-291-2092 | | | [illegible] |
| REQUESTOR | ORDER REASONS | | | | | |
| | [illegible] | | | | | |

EQUIPMENT

SERIAL NUMBER / TYPE/OWNER

EQUIPMENT ADDRESS / COMPONENT

/HSD

/CP/P

/HSD

MIAMI1 ADS 31 MIAMI1 ADS 31

TAG : 31913752

CURRENT BALANCE: 19.99

S-CUSTOM FIELD VIP: DELINQUENT AMOUNT: 0.00 DELINQUENT DAYS: 000

NOTES TO TECHNICIAN

TAP IS IN A ROOM IN 10TH FLOOR THAT IS LOCKED. TECH NEEDS TO GO TO OFFICE FOR KEYS. OFFICE CLOSES AT 3PM. PLEASE CALL JOSE AHEAD OF TIME.

Complete outside connect

| Channel Level at Grd Blk | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | | Channel Level at TV | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

**TROUBLE CALL RESOLUTION CODES**

A-3

Were we on time? Y / N EU

Were you educated on the product and services? Y / N EU

Were you provided a welcome kit if installed/upgraded? Y / N EU

PAYMENT TYPE ▶ ☐ CASH ☐ CHECK CHECK #

AMOUNT PAID 104

TECHNICIAN'S INITIALS ▶

COMPLETION

| TECH # | START TIME | STOP TIME |
|---|---|---|
| 9230 | 3:00 | 1:00 |

GROUNDED Y / N

BONDED TO FPL Y / N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

COMPANY REPRESENTATIVE DATE CUSTOMER SIGNATURE DATE

Comcast

[illegible]
[illegible]
[illegible]

| TECHNICIAN | WORK ORDER TYPE | JOB |
|---|---|---|
| [illegible] | CHSI CONN | [illegible] |
| **SALES REP** | **ORDER NUMBER** | **PRINT DATE** |
| [illegible] | [illegible] | [illegible] |

| CUSTOMER NAME AND SERVICE ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] S MIAMI AVE [illegible] | **OTHER PHONE** | **CUSTOMER NUMBER** | **CALL FIRST** | | | **PRINT ID** |
| MIAMI FL [illegible] | | [illegible] | | | | [illegible] |

| REQUESTOR | ORDER REASONS |
|---|---|
| [illegible] | DOOR TO DOOR |

CODE QTY DISC DESCRIPTION CHARGE EQUIPMENT
WORK TO BE PERFORMED OUTLET SERIAL NUMBER/ TYPE-OWNER
[illegible] CHSI INSTALL [illegible] EQUIPMENT ADDRESS / COMPONENT
[illegible] CHSI INSTALL [illegible]
HPO29-HPO29 1 [illegible] 0.00 /HSD
HS178-HS178 1 BA ECONPLUSHSD 14.99 HO178 HPO29
OI150-OI150 1 YL TRYOR ROLL 19.95
OX006-OX006 1 HSD DEPOSIT 50.00
MGMT AREA: METRO MIAMI HEADEND: MIAMI [illegible] MIAMI1 ADS 31 MIAMI1 ADS 31
DWELLING TYPE: [illegible] UNIT HOUSE STATUS: [illegible]
[illegible] POLE OWNER: [illegible] TAG 1: [illegible]
TAG 2: [illegible] TAG 3: [illegible]

VIP: BLANK SUB ACCOUNT NUMBER: [illegible] DUNNING GROUP: 0SC
CURRENT BALANCE: 0.00 S-CUSTOM FIELD VIP: DELINQUENT AMOUNT: 0.00
DELINQUENT DAYS: 000

NOTES TO TECHNICIAN
PARK PLACE AT BRICKELL_NON BULK_BLG'D 01/10/06 CK1. 19.99X12 MDM RENTAL DEP REQ

COD AMOUNT: 0.00

R/C por el customer

| Channel Level at Grd Blk | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | | Channel Level at TV | 52 Mhz | CH 2 | CH 52/76 | HSD 693 | Telco 701 | CH 116/135 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

**TROUBLE CALL RESOLUTION CODES**

Were we on time? Y / N CL
Were you educated on the product and services? Y / N CL
Were you provided a welcome kit if installed/upgraded? Y / N CL

PAYMENT TYPE ▶ ☐ CASH ☐ CHECK CHECK #
AMOUNT PAID NOX TECHNICIAN'S INITIALS ▶ [signature]

COMPLETION

| TECH # | START TIME | STOP TIME |
|---|---|---|
| 320 | 8:00 | |

GROUNDED Y/N N/A
BONDED TO FPL (Y) N

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. **IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.**

NEW CUSTOMER ACKNOWLEDGES RECEIPT OF WELCOME KIT

[signature] COMPANY REPRESENTATIVE 1/16/06 DATE X CUSTOMER SIGNATURE 1/16/06 DATE