**PLAINTIFF'S SUMMARY CHART OF FEES INCURRED BY DEFENDANT RELATED TO DEFENDANTS MOTION FOR SANCTIOND [DE52] AND RENEWED MOTION FOR SANCTIONS [DE70] IN RELATION TO DEFENDANTS NOTICE (Highlighted in [DE94-1])**

| # | Category | Dates tasks claimed | Hours claimed for each task | Hourly Rate | Total Money Claimed For Task |
|---|---|---|---|---|---|
| 1 | STRATAGIZE | 4/2/2018 | 0.3 | $425.00 | $127.50 |
| | | 3/16/2018 | 0.2 | $425.00 | $85.00 |
| | | 3/19/2018 | 0.4 | $425.00 | $170.00 |
| | | 3/20/2018 | 0.2 | $425.00 | $85.00 |
| | | 10/24/2016 | 0.5 | $450.00 | $225.00 |
| | | 7/27/2016 | 4.4 | $455.00 | $2,002.00 |
| | | 7/29/2016 | 3.9 | $455.00 | $1,774.50 |
| | TOTAL | | 9.9 | | $4,469.00 |
| 2 | LEGAL RESEARCH | 4/12/2018 | 4 | $425.00 | $1,700.00 |
| | | 2/2/2018 | 4.2 | $425.00 | $1,785.00 |
| | | 2/8/2018 | 4.3 | $425.00 | $1,827.50 |
| | | 2/12/2018 | 1.6 | $425.00 | $680.00 |
| | | 7/28/2017 | 3.2 | $425.00 | $1,360.00 |
| | | 8/3/2016 | 2.1 | $455.00 | $955.50 |
| | TOTAL | | 19.4 | | $8,308.00 |
| 3 | DRAFTING | 4/15/2018 | 4.1 | $425.00 | $1,742.50 |
| | | 4/15/2018 | 1.5 | $425.00 | $637.50 |
| | | 2/7/2018 | 2.3 | $425.00 | $977.50 |
| | | 2/13/2018 | 1 | $425.00 | $425.00 |
| | | 2/15/2018 | 3.3 | $425.00 | $1,402.50 |
| | | 2/16/2018 | 1.2 | $425.00 | $510.00 |
| | | 2/20/2018 | 0.6 | $425.00 | $255.00 |
| | | 2/23/2018 | 0.6 | $425.00 | $255.00 |
| | | 8/1/2017 | 1.4 | $425.00 | $595.00 |
| | | 8/1/2017 | 0.8 | $425.00 | $340.00 |
| | | 7/6/2017 | 0.2 | $425.00 | $85.00 |
| | | 7/7/2017 | 0.5 | $325.00 | $162.50 |
| | | 7/7/2017 | 0.8 | $425.00 | $340.00 |
| | | 7/31/2017 | 4.1 | $425.00 | $1,742.50 |
| | | 6/16/2017 | 1.5 | $425.00 | $637.50 |
| | | 9/2/2016 | 0.8 | $450.00 | $360.00 |
| | | 9/23/2016 | 1 | $450.00 | $450.00 |
| | | 9/26/2016 | 6 | $450.00 | $2,700.00 |
| | | 8/2/2016 | 3.6 | $455.00 | $1,638.00 |
| | TOTAL | | 35.3 | | $15,255.50 |
| 4 | EMAIL & CONFER | 3/30/2018 | 0.1 | $425.00 | $42.50 |
| | | 7/10/2017 | 0.1 | $425.00 | $42.50 |
| | | 7/11/2017 | 0.4 | $425.00 | $170.00 |
| | | 8/18/2016 | 0.3 | $455.00 | $136.50 |
| | | 8/31/2016 | 0.4 | $455.00 | $182.00 |
| | | 7/28/2016 | 9.5 | $455.00 | $4,322.50 |
| | | 7/29/2016 | 0.6 | $450.00 | $270.00 |
| | TOTAL | | 11.4 | | $5,166.00 |
| 5 | ATTENTION/REVIEW/ANALYSIS | 2/1/2018 | 0.2 | $425.00 | $85.00 |
| | | 2/1/2018 | 2.8 | $425.00 | $1,190.00 |
| | | 2/3/2018 | 0.2 | $425.00 | $85.00 |
| | | 2/6/2018 | 3.8 | $425.00 | $1,615.00 |
| | | 2/14/2018 | 1.3 | $425.00 | $552.50 |
| | | 2/23/2018 | 0.3 | $425.00 | $127.50 |
| | | 7/27/2017 | 3 | $425.00 | $1,275.00 |
| | | 6/12/2017 | 0.1 | $425.00 | $42.50 |
| | | 6/29/2017 | 0.1 | $425.00 | $42.50 |
| | TOTAL | | 11.8 | | $5,015.00 |