| Date | Bate stamp | Time Entry | Objection |
|---|---|---|---|
| 4/2/2018 | Estrada/FTS 000135 | 0.3 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Block billing (strategize, email); The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 4/12/2018 | Estrada/FTS 000135 | 4 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Block billing (legal research, drafting); Duplicative of entry on 4/2; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 4/15/2018 | Estrada/FTS 000135 | 4.1 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of Dougherty on 4/15; Multiple attorneys working on same task. |

| | | | | |
|---|---|---|---|---|
| 4/15/2018 | Estrada/FTS 000135 | | 1.5 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Block billing (work on, finalize, multiple emails); Duplicative of Stibolt entry on 4/15; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 3/12/2018 | Estrada/FTS 000136 | | 0.2 | Excessive fee rate; Block billing (review, attention to); Vague/Ambiguous as to what task "attention referring to; Vague/Ambiguous as to what "etc." is specifically referring to. |
| 3/14/2018 | Estrada/FTS 000136 | | 0.2 | Excessive fee rate - paralegal; Unlear what "dealing with." |
| 3/16/2018 | Estrada/FTS 000136 | | 0.2 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of Stibolt entry for 3/19 and 3/20; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |

| | | | |
|---|---|---|---|
| 3/19/2018 | Estrada/FTS 000136 | 0.4 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of Stibolt entry for 3/16 and 3/20; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 3/20/2018 | Estrada/FTS 000136 | 0.2 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of Stibolt entry for 3/16 and 3/19.; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 3/20/2018 | Estrada/FTS 000136 | 0.1 | Excessive fee rate. |

| | | | |
|---|---|---|---|
| 2/1/2018 | Estrada/FTS 000139 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not paid overtime correctly). See, [DE80, FN3]. |
| 2/1/2018 | Estrada/FTS 000139 | 2.8 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Excessive billing - charged approx. SEVEN hours regarding Motion for Reconsideration Response; Block billing (review, draft); The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |

| | | | |
|---|---|---|---|
| 2/2/2018 | Estrada/FTS 000139 | 4.2 | Excessive fee rate; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Excessive billing - charged approx. SEVEN hours regarding Motion for Reconsideration Response; Block billing (leal research, draft)); The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 2/3/2018 | Estrada/FTS 000139 | 0.2 | Excessive fee rate. |

| | | | | |
|---|---|---|---|---|
| | | | | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Block billing (review, analyze, legal research); The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, |
| 2/6/2018 | Estrada/FTS 000139 | | 3.8 | [DE80, FN3]. |

| | | | | |
|---|---|---|---|---|
| 2/7/2018 | Estrada/FTS 000139 | | 2.3 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |

| | | | |
|---|---|---|---|
| 2/8/2018 | Estrada/FTS 000139 | 4.3 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of 2/12; Block billing (legal research, drafting); The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 2/12/2018 | Estrada/FTS 000140 | 1.6 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of 2/8. |

| | | | | |
|---|---|---|---|---|
| 2/13/2018 | Estrada/FTS 000140 | | 1 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; Duplicative of billing for 2/12. |
| 2/14/2018 | Estrada/FTS 000140 | | 1.3 | billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear what is being reviewed in light of redaction; Clerical in nature - review of calculation could be performed by paralegal; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). |

| | | | | |
|---|---|---|---|---|
| 2/15/2018 | Estrada/FTS 000140 | | 3.3 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Block billing (draft, research); Redaction makes unclear as to what is being referred to; Billed for work regarding FS 57.105 which the Court found not compensable. |
| 2/16/2018 | Estrada/FTS 000140 | | 1.2 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Block billing (draft, research); Unclear how much work is spent regarding FS 57.105 which Court found non-compensable. |

| | | | | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Duplicative of entries from Dougherty on 2/23 and Stibolt on 2/23; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). |
|---|---|---|---|---|
| 2/20/2018 | Estrada/FTS 000140 | | 0.6 | See, [DE80, FN3]. |

| | | | |
|---|---|---|---|
| 2/23/2018 | Estrada/FTS 000140 | 0.6 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Block billing (work on and finalize; Duplicative of task performed by Stibolt on 2/20 and 2/23; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable. |
| 2/23/2018 | Estrada/FTS 000140 | 0.3 | Excessive fee rate; Excessive billing - counsel has billed approximately TWENTY hours in relation to the drafting and preparing of Defendant's Response to Plaintiff's Objections to the R&R (comprised of 15 pages of which approx. 5 pages are Procedure and Background); Duplicative as multiple attorneys worked on the same issue; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable. |

| | | | |
|---|---|---|---|
| 8/1/2017 | Estrada/FTS 000142 | 1.4 | Excessive fee rate; Excessive billing to finalize and file a document; Duplicative of other work performed by multiple attorneys - see Stibolt billing on same day; Excessive billing for entire Rule 11 Motion - see exhibits; Vague/Ambiguous as to what "coordinate filing" means; Block billing (work on, finalize, coordinate); Unclear how much work is spent regarding FS 57.105 which Court found non-compensable; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 8/1/2017 | Estrada/FTS 000142 | 0.8 | Excessive fee rate; Excessive billing to finalize and file a document; Duplicative of other work performed by multiple attorneys - see Dougherty billing on same day; Excessive billing for entire Rule 11 Motion - see exhibits; Unclear how much work is spent regarding FS 57.105 which Court found non-compensable. |
| 7/6/2017 | Estrada/FTS 000143 | 0.2 | Excessive fee rate Block billing ( correspondence with co-counsel, edit two separate motions); excessive billing. |

| | | | |
|---|---|---|---|
| 7/7/2017 | Estrada/FTS 000143 | 0.5 | Excessive fee rate; Block billing ( correspondence with co-counsel, edit two separate motions), duplicate billing see 7/7/18 excessive billing; The Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was never paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). See, [DE80, FN3]. |
| 7/7/2017 | Estrada/FTS 000143 | 0.8 | Excessive fee rate; Block billing ( email correspondence, edit and finalize two separate motions), duplicate billing see 7/7/18 excessive billing. |
| 7/10/2017 | Estrada/FTS 000143 | 0.1 | Excessive fee rate; Block billing (multiple emails) |
| 7/11/2017 | Estrada/FTS 000143 | 0.4 | Excessive fee rate; Block billing ( email correspondence, edit and finalize two separate motions), duplicate billing see 7/7/18 excessive billing. |
| 7/21/2017 | Estrada/FTS 000144 | 0.4 | Excessive fee rate; duplicate review of case law cited by plaintiff see 7/27/18 and 7/28/18; excessive billing in light of duplicative work |
| 7/25/2017 | Estrada/FTS 000144 | 1 | Excessive fee rate; excessive billing for Strategizing. |
| 7/27/2017 | Estrada/FTS 000144 | 3 | Excessive fee rate; duplicate review of case law cited by plaintiff see 7/21/18 and 7/27/18; excessive billing for review |

| | | | |
|---|---|---|---|
| 7/28/2017 | Estrada/FTS 000144 | 3.2 | Excessive fee rate; Bock billing (review plaintiffs case case, research for reply); duplicate review of case law cited by plaintiff see 7/27/18; excessive billing for research. |
| 7/31/2017 | Estrada/FTS 000144 | 4.1 | Excessive fee rate; excessive billing for draft of reply |
| 6/12/2017 | Estrada/FTS 000146 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what tast "attention" referring to. |
| 6/13/2017 | Estrada/FTS 000146 | 0.4 | Excessive fee rate - Paralegal, vague and ambiguous as to what tasks constitute "deal with additional issues" |
| 6/16/2017 | Estrada/FTS 000146 | 1.5 | Excessive fee rate; Block billing (edit multiple motions, and "attention to local rules); Vague/Ambiguous as to what tast "attention" referring to |
| 6/29/2017 | Estrada/FTS 000147 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what tast "attention" referring to. |
| 5/30/2017 | Estrada/FTS 000149 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what tast "attention" referring to. |
| 5/31/2017 | Estrada/FTS 000149 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what tast "attention" referring to. |
| 11/2/2016 | Estrada/FTS 000154 | 0.7 | Excessive fee rate; Block billing ( revise bill of cost and draft motion) |
| 11/3/2016 | Estrada/FTS 000154 | 1.3 | Excessive fee rate |
| 11/3/2016 | Estrada/FTS 000154 | 0.8 | Excessive fee rate - paralegal; duplicative of 11,7 and 11/14; excess billing for duplicative work. |

| | | | |
|---|---|---|---|
| 11/3/2016 | Estrada/FTS 000154 | 0.1 | Excessive fee rate; xcessive fee rate; Vague/Ambiguous as to what tast "attention" referring to. |
| 11/4/2016 | Estrada/FTS 000154 | 0.6 | Excessive fee rate - paralegal; duplicative of 11,7 and 11/14; excess billing for duplicative work. |
| 11/7/2016 | Estrada/FTS 000154 | 0.4 | Excessive fee rate, excessive billing for minor edits. |
| 11/7/2016 | Estrada/FTS 000154 | 0.2 | Excessive fee rate - paralegal; duplicative of 11,7 and 11/14; excess billing for duplicative work. |
| 11/8/2016 | Estrada/FTS 000154 | 0.3 | Excessive fee rate - paralegal; duplicative of 11,7 and 11/14; excess billing for duplicative work. |
| 11/10/2016 | Estrada/FTS 000154 | 0.7 | Excessive fee rate; Block billing (Edit motion, attention to two different tasks); Vague/ambiguous as to what task "attention" is referring to. |
| 11/11/2016 | Estrada/FTS 000154 | 0.8 | Excessive fee rate;  Block billing (research, revise, finalize); duplicative work done on 11/14/16, excess billing in light of duplicative work. |
| 11/11/2016 | Estrada/FTS 000154 | 0.1 | Excessive fee rate. |
| 11/14/2016 | Estrada/FTS 000155 | 0.6 | Excessive fee rate; Mulitpile attorneys on same task; duplicative of work done on 11/11/16 and 11/8/16, excessive billing. |
| 11/15/2016 | Estrada/FTS 000155 | 0.1 | Excessive fee rate. |
| 11/22/2016 | Estrada/FTS 000155 | 0.4 | Excessive fee rate; Block billing ("multiple emails"), excessive billing for emails. |
| 11/23/2016 | Estrada/FTS 000155 | 0.2 | Excessive fee rate; Block billing (review of multiple orders), Excessive billing for "reviewing" |

| | | | |
|---|---|---|---|
| 10/4/2016 | Estrada/FTS 000157 | 1.3 | Excessive fee rate; Block billing (analyze, attend, draft), Excessive billing, Duplicative of work done on 10/19/18 |
| 10/4/2016 | Estrada/FTS 000157 | 0.4 | Excessive fee rate; Excessive billing for "strategize" |
| 10/7/2016 | Estrada/FTS 000157 | 0.1 | Excessive fee rate |
| 10/10/2016 | Estrada/FTS 000157 | 0.2 | Excessive fee rate |
| 10/11/2016 | Estrada/FTS 000157 | 0.5 | Excessive fee rate; Excessive billing for review of documents. |
| 10/11/2016 | Estrada/FTS 000157 | 0.1 | Excessive fee rate. |
| 10/12/2016 | Estrada/FTS 000157 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what tast "attention" referring to; Vague and unclear as to what task performed; Redaction makes unclear what task performed; Excessive billing. |
| 10/17/2016 | Estrada/FTS 000157 | 3.3 | Excessive fee rate; Excessive billing for pretrial statement and for drafting. |
| 10/19/2016 | Estrada/FTS 000157 | 0.8 | Excessive fee rate; Duplicative of work done on 10/4/16. |
| 10/20/2016 | Estrada/FTS 000158 | 0.3 | Excessive fee rate. |
| 10/21/2016 | Estrada/FTS 000158 | 0.5 | Excessive fee rate. |
| 10/21/2016 | Estrada/FTS 000158 | 2.1 | Excessive fee rateBlock billing (edit of several documents, attention, strategize); Vague/Ambiguous as to what task "attention" referring to; Excessive billing in light of copy and paste of Rule 11; Redaction makes vague and ambiguous. |

| | | | |
|---|---|---|---|
| 10/24/2016 | Estrada/FTS 000158 | 0.4 | Excessive fee rate; Block billing (review, attention, strategize); Multiple attorneys on same task; Vague/Ambiguous as to "consider"; Excessive billing in light of copy and paste related to Rule 11. |
| 10/24/2016 | Estrada/FTS 000158 | 0.4 | Excessive fee rate; Block billing (review, attention, strategize); Multiple attorneys on same task; Excessive billing in light of copy and paste related to Rule 11. |
| 10/24/2016 | Estrada/FTS 000158 | 0.5 | Excessive fee rate; Block billing (review, attention, strategize); Multiple attorneys on same task; Vague/Ambigous as to what "attention" referring to; Excessive billing in light of copy and paste related to Rule 11. |
| 10/26/2016 | Estrada/FTS 000158 | 0.1 | Excessive fee rate - paralegal; Duplicative of 10/28. |
| 10/26/2016 | Estrada/FTS 000158 | 0.1 | Excessive fee rate; Dvague/Ambiguous as to what task "attention" referring to; Excessive billing for "attention." |
| 10/28/2016 | Estrada/FTS 000158 | 0.5 | Excessive fee rate - paralegal; Excessive billing - Paralegal; Unclear as to tasks; block billing "deal with issues" and "prepare bill"; Duplicative of Stibolt entry on same day. |
| 10/28/2016 | Estrada/FTS 000158 | 0.1 | Excessive fee rate; excessive billing: motion to tax cost not filed for another 30 days; Duplicative of entry by paralegal. |

| | | | |
|---|---|---|---|
| 10/31/2016 | Estrada/FTS 000158 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "Attention" is referring to |
| 9/1/2016 | Estrada/FTS 000161 | 0.3 | Excessive fee rate; Block billing (review, attention); Vague/Ambiguous as to what task "attention" referring to; Confusing entry - medaition does not require production of documents to mediator. |
| 9/2/2016 | Estrada/FTS 000161 | 0.8 | Excessive fee rate; Vague/Ambiguous as to what "finalizing" is referring to. |
| 9/13/2016 | Estrada/FTS 000161 | 2.7 | Excessive fee rate; Excessive billing and duplicative of Reply for MSJ; mutiple attorneys completing same task; Block billing (legal research and edits to a document). |
| 9/14/2016 | Estrada/FTS 000161 | 6.2 | Excessive fee rate; Excessive billing and duplicative of Reply for MSJ; mutiple attorneys completing same task; Block billing (legal research and edits to a document). |
| 9/14/2016 | Estrada/FTS 000161 | 1 | Excessive fee rate; Excessive billing for review of documents. |
| 9/15/2016 | Estrada/FTS 000161 | 2.1 | Excessive fee rate; Excessive billing and duplicative of Reply for MSJ; mutiple attorneys completing same task; Block billing (legal research and edits to a document). |
| 9/16/2016 | Estrada/FTS 000161 | 4.5 | Excessive fee rate; Excessive billing and duplicative of Reply for MSJ; mutiple attorneys completing same task; Block billing (legal research and edits to a document). |

| | | | |
|---|---|---|---|
| 9/18/2016 | Estrada/FTS 000161 | 1.9 | Excessive fee rate; Excessive billing and duplicative of 9/19; Multiple attorneys completing same task. |
| 9/18/2016 | Estrada/FTS 000162 | 1.8 | Excessive fee rate; Excessive billing and duplicative of 9/19; Multiple attorneys completing same task. |
| 9/19/2016 | Estrada/FTS 000162 | 1.8 | Excessive fee rate; Excessive billing and duplicative of 9/18; Multiple attorneys working on same task. |
| 9/23/2016 | Estrada/FTS 000162 | 1 | Excessive fee rate; Excessive billing (7 including outline); Duplicative - outlining and then drafting. |
| 9/26/2016 | Estrada/FTS 000162 | 6 | Excessive fee rate; Excessive billing (7 including outline); Block billing (draft and review); Duplicative in light of drafting and outlining. |
| 8/2/2016 | Estrada/FTS 000164 | 3.6 | Excessive fee rate; Block billing (draft, attention); Excessive billing in light of entries and copy and paste from other Rule 11 Motions; Vague/Ambiguous as to what task "attention" referring to; Duplicative of other entries. |
| 8/3/2016 | Estrada/FTS 000164 | 2.1 | Excessive fee rate; Block billing (attention, research); Vague/Ambiguous as to what task "attention" referring; Excessive billing in light of highlighted entries and copy and paste from other prior Rule 11 Motions. |

| | | | |
|---|---|---|---|
| 8/9/2016 | Estrada/FTS 000164 | 0.1 | Excessive fee rate; Clerical in nature - review of email regarding scheduling by mediator. |
| 8/15/2016 | Estrada/FTS 000164 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to. |
| 8/17/2016 | Estrada/FTS 000164 | 0.3 | Excessive fee rate; Block billing (strategize, draft); Duplicative of 8/22 and Excessive billing. |
| 8/18/2016 | Estrada/FTS 000164 | 0.3 | Excessive fee rate; Block billing (draft email, status). |
| 8/19/2016 | Estrada/FTS 000164 | 0.5 | Excessive fee rate. |
| 8/19/2016 | Estrada/FTS 000164 | 0.4 | Excessive fee rate. |
| 8/22/2016 | Estrada/FTS 000164 | 0.3 | Excessive fee rate; Redaction makes unclear as to task; Vague/Ambiguous as to task performed "mediation plan." |
| 8/24/2016 | Estrada/FTS 000165 | 4.4 | Excessive fee rate; Block billing (strategize, review, etc.); Duplicative of other entries related to settlement conference 8/25; Excessive billing for review. |
| 8/25/2016 | Estrada/FTS 000165 | 1.5 | Excessive fee rate; Block billing (confer with co-counsel, participate by phone, etc.); Redaction makes vague and ambiguous task performed; Excessive billing and duplicative of Stibolt; Participates by phone and only 1.5 hours whereas Stibolt charges for 4 hours. |
| 8/25/2016 | Estrada/FTS 000165 | 1.8 | Excessive fee rate; Duplicative and Excessive billing for task. |

| | | | |
|---|---|---|---|
| 8/25/2016 | Estrada/FTS 000165 | 4 | Excessive fee rate; Excessive billing; Duplicative of Dougherty and does not make sense why Dougherty attends for 1.5 hours but Stibolt attends for 4 hours. |
| 8/26/2016 | Estrada/FTS 000165 | 2.6 | Excessive fee rate; Duplicative entry to Stibolt on same day and Excessive billing; Block billing (work on, finalize, review, coordinating); Vague/Ambiguous as to what "coordinating filing" means. |
| 8/26/2026 | Estrada/FTS 000165 | 6.3 | Excessive fee rate; Block billing (drafting, finalizing); Clerical in nature - organizing exhibits; Excessive billing to draft MSJ especially since it incorporates Rule 11; Duplicative of Dougherty and Excessive billing. |
| 8/29/2016 | Estrada/FTS 000165 | 0.1 | Excessive fee rate. |
| 8/31/2016 | Estrada/FTS 000165 | 0.4 | Excessive fee rate; Block billing (multple emails); Excessive billing for email correspondence; Redaction makes it vague and ambiguous as to what task performed. |
| 7/6/2016 | Estrada/FTS 000168 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to; Duplicative entries regarding Plaintiff's deposition and Excessive billing. |
| 7/8/2016 | Estrada/FTS 000168 | 0.3 | Excessive fee rate; Block billing (strategize, email correspondence); Duplicative entries regarding Plainiff's deposiiton and Excessive billing. |

| | | | |
|---|---|---|---|
| 7/14/2016 | Estrada/FTS 000168 | 0.4 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to; Block billing (attention, strategize); Excessive billing for review of NOA; Vague/Ambiguous as to what task is being done by strategizing re whether discovery served by Plaintiff; Redaction makes task vague/ambiguous. |
| 7/15/2016 | Estrada/FTS 000168 | 0.4 | Excessive fee rate; Block billing (email, strategize); Vague/Ambiguous as to what task "attention" referring to; Duplicative and excessive billing for Plaiiff's Notice of taking depositon and his deposition. |
| 7/18/2016 | Estrada/FTS 000168 | 0.7 | Excessive fee rate; Excessive billing in light of discovery. |
| 7/19/2016 | Estrada/FTS 000168 | 0.5 | Excessive fee rate; Block billing (multiple emails); Vague/Ambiguous as to what task "attention" referring to; Duplicative and excessive billing preparing for Plaintiff's deposition. |
| 7/20/2016 | Estrada/FTS 000169 | 0.1 | Excessive fee rate; Block billing (multiple emails); Duplicative of 7/21 and Excessive billing. |
| 7/21/2016 | Estrada/FTS 000169 | 0.1 | Excessive fee rate; Block billing (multiple emails). |
| 7/22/2016 | Estrada/FTS 000169 | 1.3 | Excessive fee rate; Duplicative of entry on 7/26 and Excessive billing. |
| 7/25/2016 | Estrada/FTS 000169 | 2.5 | Excessive fee rate - paralegal; Excessive billing to put documents in chronological order. |

| | | | |
|---|---|---|---|
| 7/25/2016 | Estrada/FTS 000169 | 1.4 | Excessive fee rateBlock billing (multiple email, research, strategize); Excessive billing; Vague as to redactions. |
| 7/26/2016 | Estrada/FTS 000169 | 3.5 | Excessive fee rate; Excessive billing; Duplicative of 7/27; Block billing (attention, draft); Vague/Ambiguous as to what task "attention" referring to; Vague in light of redactions. |
| 7/27/2016 | Estrada/FTS 000169 | 4.4 | Excessive fee rate; Block billing (strategize, multiple emails, etc.); Excessive billing for tasks; Duplicative of 7/26. |
| 7/28/2016 | Estrada/FTS 000169 | 9.5 | Excessive fee rate; Block billing (attendance, conference); Excessive billing - deposition was not 9.5 hours. |
| 7/29/2016 | Estrada/FTS 000169 | 0.6 | Excessive fee rate; Block billing (multiple emails, analyze); Excessive billing in light of highlighted entries; Duplicative of Stibolt entry on same date. |
| 7/29/2016 | Estrada/FTS 000169 | 3.9 | Excessive fee rate; Duplicative of entry by Doughterty on same day; Block billing (strategize, legal research, etc.); Excessive billing and duplicative of prior highlighted entries; Redaction makes vague and ambiguous entry; Clerical in nature (i.e email to counsel). |
| 6/1/2016 | Estrada/FTS 000172 | 0.4 | Excessive fee rate - paralegal; Excessive billing; Block billing (prepare, certification); Unclear as to what task preformed. |

| Date | | | Notes |
|---|---|---|---|
| 6/7/2016 | Estrada/FTS 000172 | 0.5 | Excessive fee rate; Block billing (multiple emails); Duplicative of task on 6/14/18; Excessive billing to accept edits. |
| 6/14/2016 | Estrada/FTS 000172 | 0.3 | Excessive fee rate; Block billing (edit, finalize); Excessive billing for finalizing document. |
| 6/15/2016 | Estrada/FTS 000172 | 2 | Excessive fee rate; Block billing (prepare and conduct); Duplicative - prepped later in billing records; Excessive billing. |
| 6/15/2016 | Estrada/FTS 000172 | 0.1 | Excessive fee rate. |
| 6/16/2016 | Estrada/FTS 000172 | 0.7 | Excessive fee rate; Block billing (review, attention, email); Vague/Ambiguous as to what task "attention" referring to; Excessive billing. |
| 6/17/2016 | Estrada/FTS 000172 | 0.5 | Excessive fee rate; Block billing (review, receive, forward); Vague because of redaction; Excessive billing and duplicative in light of Stibolt entry on the same day. |
| 6/17/2016 | Estrada/FTS 000172 | 1.3 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to; Excessive billing and duplicative of Dougherty who completes task much quicker; Duplicative of witness list review; Block billing (attention, review). |
| 6/20/2016 | Estrada/FTS 000173 | 3 | Excessive fee rate; Block billing (defend, finalize, present); Vague/Ambiguous as to what task "present" means; Excessive billing - vague as to whether portal to portal transportation included in time. |

| | | | |
|---|---|---|---|
| 5/11/2016 | Estrada/FTS 000175 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to. |
| 5/13/2016 | Estrada/FTS 000175 | 1 | Excessive fee rate; Excessive billing - copy and paste of 2 prior cases. |
| 5/26/2016 | Estrada/FTS 000175 | 0.3 | Excessive fee rate; Block billing(multiple emails); Excessive billing for emails. |
| 5/27/2016 | Estrada/FTS 000175 | 2.1 | Excessive fee rate; Block billing (stratgize, attention); Duplicative of attention to witness list and documents produced by client and Excessive billing; Vague/Ambiguous as to what task "attention" referring to; Redaction makes it vague and not sure what referring to. |
| 5/30/2016 | Estrada/FTS 000175 | 0.1 | Excessive fee rate. |
| 5/31/2016 | Estrada/FTS 000175 | 0.2 | Excessive fee rate; Block billing (multiple emails, analyze); Duplicative of Stibolt entry on 5/31 - revew of 30(b)(6) notice; Excessive billing in light of it being duplicative. |
| 5/31/2016 | Estrada/FTS 000175 | 1.3 | Excessive fee rate; Block billing (review, strategize); Vague/Ambiguous as to what task "attention" referring to; Excessive billing to review documents. |
| 4/12/2016 | Estrada/FTS 000176 | 0.9 | Excessive fee rate; Block billing (review, attention); Duplicative of 3/9 and excessive billing in light of same; Vague/Ambiguous as to what task "attention" referring to. |
| 4/18/2016 | Estrada/FTS 000176 | 1.6 | Excessive fee rate; Excessive billing - copy and paste of 2 prior cases - see 3/29 and 3/30. |

| | | | |
|---|---|---|---|
| 3/9/2016 | Estrada/FTS 000178 | 0.6 | Excessive fee rate; Block billing (review, analyze, draft); Excessive billing for Rule 26 Disclosures. |
| 3/11/2016 | Estrada/FTS 000178 | 0.5 | Excessive fee rate; Block billing (email, edit); Excessive billing for edits to a JSR. |
| 3/14/2016 | Estrada/FTS 000178 | 0.2 | Excessive fee rate; Block billing (review of multiple orders). |
| 3/17/2016 | Estrada/FTS 000178 | 0.1 | Excessive fee rate. |
| 3/22/2016 | Estrada/FTS 000178 | 0.2 | Excessive fee rate; Block billing (email and attention); Vague/Ambiguous as to what task "attention" is referring to; Duplicative of task billed on 3/17/18. |
| 3/29/2016 | Estrada/FTS 000178 | 0.8 | Excessive fee rate; Excessive billing - the Answer to the Complaint is mostly a copy and paste job from 2 prior cases - see exhibit. |
| 3/30/2016 | Estrada/FTS 000178 | 0.5 | Excessive fee rate; Excessive billing - the Answer to the Complaint is mostly a copy and paste job from 2 prior cases - see exhibit. |
| 2/10/2016 | Estrada/FTS 000180 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to. |
| 2/17/2016 | Estrada/FTS 000180 | 0.1 | Excessive fee rate. |
| 2/18/2016 | Estrada/FTS 000180 | 0.2 | Excessive fee rate; Block billing (email and review). |
| 2/18/2016 | Estrada/FTS 000180 | 0.6 | Excessive fee rate - paralegal; No task listed - completely redacted - should be stricken. |
| 2/18/2016 | Estrada/FTS 000180 | 0.7 | Excessive fee rate; Block billing (settlement discussions and strategize); Excessive billing. |

| | | | |
|---|---|---|---|
| 2/22/2016 | Estrada/FTS 000180 | 5.4 | Excessive fee rate; Block billing (email, review, analyze); Duplicative of Dougherty entry on 2/18/16; Excessive billing - Dougherty was able to accomplish the same task in 0.2. See 2/18/16. |
| 2/23/2016 | Estrada/FTS 000180 | 0.3 | Excessive fee rate; Block billing (telephone conference, preparation). |
| 2/24/2016 | Estrada/FTS 000180 | 0.2 | Excessive fee rate; Block billing (multiple emails and calls). |
| 2/25/2016 | Estrada/FTS 000180 | 1.5 | Excessive fee rateBlock billing (drafting, reviewing); Excessive billing for such a task. |
| 2/26/2016 | Estrada/FTS000181 | 3.7 | Excessive fee rate; Block billing (prepare, attendance, edit); Excessive billing for a task; Clerical in nature - paralegal could edit chart. |
| 2/29/2016 | Estrada/FTS000181 | 6 | Excessive fee rate; Block billing (attendance, attention, review); Excessive billing  (the Settlement Conference was NOT 6 hours - the docket reflects 2.5 hours [DE34]; Vague/Ambiguous as to what task "attention" referring to. |
| 1/1/2016 | Estrada/FTS000183 | 0.5 | Excessive fee rate; Excessive billing for a revision. |
| 1/4/2016 | Estrada/FTS000183 | 0.3 | Excessive fee rate; Block billing (email, attention); Vague/Ambiguous as to what task "attention" referring to. |

| | | | |
|---|---|---|---|
| 1/5/2016 | Estrada/FTS000183 | 0.5 | Excessive fee rate; Redaction makes unclear as to task; Block billing (analyze, correspond); Duplicative of entry by Stibolt on 1/5/16. |
| 1/5/2016 | Estrada/FTS000183 | 1.2 | Excessive fee rate; Block billing (multiple emails, editing, emailing, etc.); Clerical in nature (i.e. preparing documents); Excessive billing. |
| 1/6/2016 | Estrada/FTS000183 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what task "attention" referring to. |
| 1/7/2016 | Estrada/FTS000184 | 0.1 | Excessive fee rate; Block billing (email correspondence to and from counsel). |
| 1/8/2016 | Estrada/FTS000184 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what task "attention" is referring to. |
| 1/11/2016 | Estrada/FTS000184 | 0.4 | Excessive fee rate; Block billing (multiple correspondence, communications). |
| 1/12/2016 | Estrada/FTS000184 | 0.2 | Excessive fee rate; Block billing (attention, review); Vague/Ambiguous as to what task "attention" is referring to. |
| 1/15/2016 | Estrada/FTS000184 | 0.5 | Excessive fee rate; Block billing (multiple correspondence, conference with Plaintiff's counsel and attendance); Vague/Ambiguous as to what task "attention" is referring to. |
| 1/19/2016 | Estrada/FTS000184 | 0.4 | Excessive fee rate; Vague/Ambiguous as to what task "attention" is referring to; Block billing (attention, email correspondence, review). |

| | | | |
|---|---|---|---|
| 12/1/2015 | Estrada/FTS000187 | 0.3 | Excessive fee rate; Block billing (review and strategize). |
| 12/21/2015 | Estrada/FTS000187 | 0.5 | Excessive fee rate; Excessive billing. |
| 12/23/2015 | Estrada/FTS000187 | 0.2 | Excessive fee rate; Block billins (email correspondence and attention to); Vague/Ambiguous as to what task "attention" is referring to. |
| 12/24/2015 | Estrada/FTS000187 | 0.2 | Excessive fee rate; Block billing multiple emails; Lack description; Clerical in nature - scheduling Settlement Conference. |
| 6/2/2015 | Estrada/FTS000190 | 0.3 | Excessive fee rate; Block billing multiple emails. |
| 6/3/2015 | Estrada/FTS000190 | 0.1 | Excessive fee rate. |
| 6/8/2015 | Estrada/FTS000190 | 0.5 | Excessive fee rate; Block billing (i.e. review, email, multiple emails, stratgize); Lack desrciption as to content of emails; Excessive billing. |
| 6/24/2015 | Estrada/FTS000190 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "attention" is. |
| 3/21/2015 | Estrada/FTS000193 | 0.2 | Excessive fee rate; Lack of description of task. |
| 1/16/2015 | Estrada/FTS000195 | 0.2 | Excessive fee rate; Block billing (prepare and file). |
| 11/4/2014 | Estrada/FTS000197 | 0.2 | Excessive fee rate; Vague/Ambiguous as to what task "attention" is; Clerical in nature. |
| 11/6/2014 | Estrada/FTS000197 | 0.4 | Excessive fee rate; Block billing (various emails); Multiple attorneys doing sames task; Lack of description regarding emails; Duplicative; Excessive billing. |

| | | | |
|---|---|---|---|
| 11/6/2014 | Estrada/FTS000197 | 0.3 | Excessive fee rate; Block billing (multiple email correspondence); Lack of description regarding number of emails and content. |
| 11/7/2014 | Estrada/FTS000197 | 0.4 | Excessive fee rate; Block billing (multiple phone calls and emails and reviewing order). |
| 11/12/2014 | Estrada/FTS000197 | 0.1 | Excessive fee rate. |
| 9/30/2014 | Estrada/FTS000200 | 0.4 | Excessive fee rate; Block billing (i.e. review, attention); Vague/Ambiguous as to "attention." |
| 10/3/2014 | Estrada/FTS000200 | 0.1 | Excessive fee rate; Vauge/Ambiguous as to what task is being performed re: "attention." |
| 10/13/2014 | Estrada/FTS000200 | 0.3 | Excessive fee rate; Block billing (i.e. email, review). |
| 10/20/2014 | Estrada/FTS000200 | 0.1 | Excessive fee rate; Block billing (multiple emails); Clerical in nature. |
| 10/21/2014 | Estrada/FTS000200 | 0.9 | Excessive fee rate; Block billing (attent call, reponse, correspondence, etc.); Excessive billing for phone call and correspondence; Clerical in nature (i.e. coordinating dates); Duplicative of analyzing case docket and client documents billed on 10/22, 10/24, 10/28, 10/30. |
| 10/21/2014 | Estrada/FTS000200 | 0.2 | Excessive fee rate; Block billing for multiple emails; Clerical in nature (coordinating dates). |

| | | | |
|---|---|---|---|
| 10/22/2014 | Estrada/FTS000200 | 4.9 | Excessive fee rate; Block billing (analyze, draft, calculate); Vague/Ambiguous re: redaction; Excessive billing for Statement of Claim - reviewed and edited statement of claim four times in four time in ledger (3 pages of substantive argument). |
| 10/24/2014 | Estrada/FTS000201 | 0.3 | Excessive fee rate; Duplicative billing - three attorneys billing for editing statement of claim; Block billing (coordinating and eidting statement of claim); Vague/Ambiguous as to "coordinating filings." |
| 10/24/2014 | Estrada/FTS000201 | 0.3 | Excessive fee rate; Duplicative billing - three attorneys billing for editing statement of claim; Block billing (strategizing and editing of document). |
| 10/28/2014 | Estrada/FTS000201 | 1.1 | Excessive fee rate; Block billling regarding multiple emails, document completion/editing, and redactions ; Lack detailed description re: emails; clerical task to send opposing counsel documents via email; Duplicative to Dougherty tasks on 10/24/14. |
| 10/28/2014 | Estrada/FTS000201 | 0.1 | Excessive fee rate; Vague/Ambiguous as to what task "attention" is. |

| | | | |
|---|---|---|---|
| 10/29/2014 | Estrada/FTS000201 | 0.2 | Excessive fee rate; Block billiling regarding multiple emails and tasks (i.e. email and attention); Vague/Ambiguous as to what task "attention" is; Lack detailed description re: emails; clerical task to coordinate settlement conference. |
| 10/30/2014 | Estrada/FTS000201 | 0.3 | Excessive fee rate |
| | Total Hours | 221 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23388-CIV-KMM/CM

| | |
|---|---|
| ORLANDO ESTRADA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| FTS USA, LLC, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## PLAINTIFF'S EXPLANATION SUPPORTING CHART OF OBJECTIONS TO DEFENDANT'S FEE LEDGER[1]

COMES NOW the Plaintiff's counsel and specifically addresses objection to Defendant's

Fee Ledger [DE94-1] in the Chart and the instant case law in support of same. *See Club*

*Madonna, Inc. v. City of Miami Beach*, 2015 WL 5559894, at *6 (S.D. Fla. Sept. 22, 2015)

("With respect to Plaintiffs' repeated claims that the City engaged in 'block billing and/or

redundant and duplicative billing,' the objection is overruled . . . as conclusory") (citing *Marsden*

---

[1] Per the Honorable Magistrate Judge McAliley's Report and Recommendation [DE78], which was adopted by the Honorable District Judge Moore [DE84], the Court found that "Defendant's claim that this Court should sanction Plaintiff under the Florida Statute is plainly without merit, as this Court is operating solely under federal question jurisdiction, and the Florida statute has no application here." Further, per the Court Order [DE93], Defendant was required to "clearly identify on its billing records those attorneys' fees Defendant incurred arguing in its Motion for Sanctions [DE 52] Renewed Motion for Sanctions [70], and in any reply memorandum or elsewhere, that this Court should sanction Plaintiff pursuant to Florida Statute §57.105." Defendant has failed to comply with the Court's directive [DE93]. Therefore, based on Plaintiff's counsel's calculation, all the highlighted entries total approximately thirty-eight thousand dollars ($38,000.00) which should be deducted automatically. Further, much of the time billed by Defense counsel is excessive and is seeking fees for Defense counsel copying and pasting from prior pleadings in other cases; Defense counsel did not even revise the document as the same typos are common on the pleadings compared to prior cases defended by Defense counsel.Also, the Magistrate's sanctions are very narrow, and only concern one of the allegations in the Complaint (i.e. the allegation that Plaintiff was **never** paid overtime, as opposed to the allegation that Plaintiff was not being paid overtime correctly). *See,* [DE80, FN3].

Page **1** of **4**

*v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) ("Frivolous, conclusive, or general objections need not be considered by the district court.")).

## Block billing

- *Perez v. Carey Int'l, Inc.*, 373 F. App'x 907, 913–14 (11th Cir. 2010)("[t]hat chart shows that the largest single block of time disallowed is 34.3 hours for work defending against the defendants' counterclaims. (R–4.131 at 11.) The special master concluded that it was "[n]on-compensable work as not related to prosecution of FLSA claims." (*Id.*).)
- Lil' Joe Wein Music, In. v. Jackson, *No. 06-20079-CIV, 2008 WL 2688117, *11 (S.D. Fla. July 1, 2008)*
- *Kearney v. Auto-Owners Ins. Co., 713 F.Supp.2d 1369, 1378 (M.D. Fla. 2010)*

## Portal to Portal Travel

- *Antonio v. A Navas Prod., Inc.*, 09-22847-CIV., 2011 WL 3518258, at *2 (S.D. Fla. 2011)
- *See also* analogously, *Miller v. Kenworth of Dothan, Inc.*, 117 F. Supp. 2d 1247, 1260 (M.D. Ala. 2000) ("A reasonable fee for an attorney's attendance at a deposition is allowed to compensate him for the actual time involved in taking the deposition and the time necessarily lost in rendering services on other matters. It is not intended to be a portal-to-portal charge for his total time out of the office.")

## Excessive billing/Lack of Billing Judgment/Redundant

- *A.C.L.U. of Georgia*, 168 F.3d at 428(If the fee applicant fails to exercise required billing judgment, the Court isobligated to "[prune] out those [hours] that are excessive, redundant, or otherwiseunnecessary.")
- *Florida Patient's Comp. Fund v. Rowe,* 472 So.2d 1145, 1150 (Fla.1985)
- *Loper v. New York City Police Dep't,* 853 F. Supp. 716, 721 (S.D.N.Y. 1994) ("[W]here adequate contemporaneous records have not been kept, the court should not awardthe full amount requested")
- *Hamilton v. Daley,* 777 F.2d 1207, 1214 (7th Cir. 1985)("[i]f one hour of research would have been sufficient to satisfy a reasonable plaintiff that filing suit was pointless, we question why defendants expended so much time in disposing of this case.")
- *Webb v. Bd. of Trustees of Ball State Univ.*, IP 97-1268-T/G, 2001 WL 548314, at *14 (S.D. Ind. Mar. 20, 2001)(stating that "the more time and effort a defendant spends in defending a Section 1983 case, the less likely it is that the case was frivolous and that a fee award is appropriate")"
- *E.E.O.C. v. Sears, Roebuck & Co.*, 79 C 4373, 1987 WL 11642, at *13 (N.D. Ill. May 21, 1987)("defendants need not incur substantial costs in a 'preposterous' case"); *Domiano v. Vill. of River Grove*, 88 C 3256, 1989 WL 152965, at *1 (N.D. Ill. Nov. 20, 1989)("[i]f the litigation proceeded in the face of unambiguous precedent, as defendants would have it, it would seem that they should have required less time for defense, especially in research.")

Page **2** of 4

- *Perkins v. Mobile Housing Auth.,* 847 F.2d 735 (11th Cir. 1988)
- *Am. Civil Liberties Union of Georgia v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999) ("Courts are not authorized to be generous with the money of others, and it is as much the duty of courts to see that excessive fees and expenses are not awarded as it is to see that an adequate amount is awarded.")

## Duplicative Billing

- *Johnson v. Univ. Coll. of Univ. of Alabama in Birmingham*, 706 F.2d 1205, 1208 (11th Cir. 1983) *holding modified by Gaines v. Dougherty County Bd. of Educ.*, 775 F.2d 1565 (11th Cir. 1985)

## Multiple attorneys for same task

- *Luzardo v. Triton Window Distributors, Inc*., 14-23622-CIV-SCOLA, [DE 101 at 1], (S.D. Fla. 2/24/16)
- *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1301–02 (11th Cir. 1988)("[t]here is nothing inherently unreasonable about a client having multiple attorneys, and they may all be compensated if they are not unreasonably doing the same work and are being compensated for the distinct contribution of each lawyer.")
- *James v. Wash Depot Holdings, Inc.*, 489 F. Supp. 2d 1341, 1349 (S.D. Fla. 2007) (Dimitrouleas, J.)("[w]here more than one attorney is involved, the applicant must demonstrate that the time requested reflects the distinct contribution of each attorney, and the customary practice of multiple lawyer litigation.")
- *Roldan v. Davis Bancorp Inc.,* 11-20275, [DE 158 at 5], (S.D. Fla. 12/10/12)
- *Johnson v. Univ. Coll. of Univ. of Alabama in Birmingham*, 706 F.2d 1205, 1208 (11th Cir. 1983) *holding modified by Gaines v. Dougherty County Bd. of Educ.*, 775 F.2d 1565 (11th Cir. 1985)(Duplicative work performed by multiple attorneys should not be permitted by the Court)

## Clerical Work/Fees for Paralegal

- *First Fashion USA, 2010 WL 1610331 at *4 (*citing cases)(quotations omitted) ("[a]bsent any information regarding [her] experience… the prevailing rate for a paralegal in this District is $100.00 per hour.")
- *Key W. Tourist Dev. Ass'n v. Zazzle, Inc.,* No. 10-10100-CIV, 2013 WL 12248141, at *1 (S.D. Fla. Jan. 9, 2013), *report and recommendation adopted,* No. 4:10-10100-CIV, 2013 WL 12248227 (S.D. Fla. Mar. 12, 2013)
- *Scelta v. Delicatessen Support Servs. Inc.,* 203 F.Supp.2d 1328, 1334 (M.D. Fla. 2002)(Paralegal fees are recoverable "only to the extent that the paralegal performs work traditionally done by an attorneys.")
- *Tiara Condo. Ass'n., Inc. v. Marsh USA, Inc.,* 697 F.Supp,2d 1349, 1369 (S.D. Fla. 2010)(tasks of clerical nature not compensable)

Page **3** of **4**

**Fees**

- *Norman v. Housing Auth. Of Montgomery,* 836 F.2d 1292, 1299-1302 (11th Cir. 1988)(finding that the burden lies with fee applicant "of producing satisfactory evidence that the requested rate is in line with prevailing market rates" and "satisfactory evidence necessarily must speak to rates actually billed and paid in similar lawsuits.").
- *ACLU of Georgia v. Barnes,* 168 F.3d 423, 428 (11th Cir. 1999) ("courts are not authorized to be generous with the money of others, and it is as much the duty of courts to see that excessive fees and expenses are not awarded as it is to see that an adequate amount is awarded.")
- *Duckworth v. Whisenant,* 97 F.3d 1393, 1396 (11th Cir. 1996)
- *Carro v. Integrated Tech, Grp., LLC,* No. 14-CV-23788-PAS, 2016 WL 6534456, at *2 (S.D. Fla. Feb. 26, 2016) (50% reduction for portion of fees due to block billing)(Seems like she has 18 years of experience (admitted 1999). Her firm had some fees reduced previously for block billing.)
- *Brandt v. Magnificent Quality Florals,* No. 07-20129-CIV, 2011 WL 4625379, at *8 (S.D. Fla. Sept. 30, 2011). ("Furthermore, rates of $300 per hour and $325 per hour have also been called the "upper end of reasonableness" in the FLSA context.)
- "*Mann v. Falk*, No. 11-14432-CIV, 2013 WL 12095524, at *3 (S.D. Fla. Feb. 11, 2013).
- *Thompson v. Healthy Home Envtl., LLC,* 2016 WL 4472991, at *4 (M.D. Fla. July 27, 2017), *report and recommendation adopted,* 2016 WL 4473162 (M.D. Fla. Aug. 23, 2016) (finding that $350 per hours are reasonable for an attorney with 18 years experience, but that $250 per hour was more reasonable for an attorney with 8 years experience)
- *McMillan v. MasrtechGrp., Inc.,* 2014 WL 4297905, at *7 (M.D. Fla. Aug. 28, 2014) (finding that $350 per hour was reasonable for an attorney with 18 years of experience)
- *Rodriguez v. Demolition King, Inc.,* 2015 WL 3970570, at *4 (S.D. Fla. June 30, 2015) ("While the undersigned recognizes that Mr. Pollack is a skilled attorney, the undersigned finds that an hourly rate of $400.00 per hour is too high of an hourly rate for this typical Fair Labor Standards Act case, and further finds that an hourly rate of $350.00 per hour is more appropriate for an attorney of Mr. Pollack's experience in this Fair Labor Standards Act case.")
- *James v. Wash Depot Holdings, Inc.*, 489 F. Supp. 2d 1341, 1351 (S.D. Fla. 2007) ("[T]he Court will grant Kleppin fees at the rate of $270 an hour, which is the top of the range suggested by the Defendant's expert for an Associate who has been practicing for between 5-8 years.")

**Meeting with Co-Counsel**

- *Danow v. Law Office of David E. Borback, P.A.*, 634 F. Supp. 2d 1337, 1344 (S.D. Fla. 2009) *aff'd sub nom. Danow v. Law Office of David E. Borack, P.A.*, 367 Fed. Appx. 22 (11th Cir. 2010)