| | |
|---|---|
| Subject: | RE: [EXT] Re: Estrada v. FTS |
| From: | CDougherty@foxrothschild.com |
| To: | rivkah.jaff@gmail.com; DStibolt@foxrothschild.com |
| Cc: | SCalabrese@foxrothschild.com; ZAbogado@aol.com; david.kelly38@rocketmail.com; BHutson@foxrothschild.com |
| Date: | Friday, June 22, 2018, 11:25:14 AM EDT |

Rivkah –

Dori is travelling today, so I will respond. This is not a fee petition, nor is discovery open. You, and your firm, have been sanctioned for your conduct during this case. The Court has requested certain documents as it decides the appropriate sanction to levy against you. We have complied with the Court's directives and await its decision. We will not be providing you additional documents.

Colin Dougherty

Colin D. Dougherty

**Fox Rothschild LLP**

610-397-3908

**From:** Rivkah Jaff <rivkah.jaff@gmail.com>
**Sent:** Friday, June 22, 2018 11:03 AM
**To:** Stibolt, Dori K. <DStibolt@foxrothschild.com>
**Cc:** Calabrese, Susanne M. <SCalabrese@foxrothschild.com>; zabogado@aol.com; Karl Kelly <david.kelly38@rocketmail.com>; Dougherty, Colin D. <CDougherty@foxrothschild.com>; Hutson, Bonita <BHutson@foxrothschild.com>
**Subject:** Re: [EXT] Re: Estrada v. FTS

Doria:

Please clarify - Defendant does not agree to voluntarily produce these documents?

Best,

On Fri, Jun 22, 2018 at 3:33 AM, Stibolt, Dori K. <DStibolt@foxrothschild.com> wrote:

> Rivkah, I'm in receipt of your multiple emails regarding this matter.
>
> Please note that we have fully complied with the court's order.
>
> Sent from my iPhone
>
> On Jun 21, 2018, at 4:41 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:
>
>> Dori:
>>
>> Please send us proof of receipt of payment from your client regarding all the records and when such funds were paid.
>>
>> Best,
>>
>> On Thu, Jun 21, 2018 at 4:36 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:
>>>
>>> Dori:
>>>
>>> Please also advise of any Federal Court Orders where you have been awarded attorneys' fees in a contested matter to substantiate your hourly rate claimed in this case.
>>>
>>> Also, what is the $425 hours based on and please provide us with the cases where you have been awarded same in a Federal case. Please provide us with any Federal Court Orders awarding you attorneys' fees in a contested matter.
>>>
>>> Best,
>>>
>>> On Thu, Jun 21, 2018 at 4:33 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:
>>>>
>>>> Dori:

Please provide us with Defendant's executed Retainer Agreement with your Firm for the above matter by no later than NOON tomorrow 6/22/18.

Best,

--

Rivkah F. Jaff, Esq., M.A.

Admitted to practice in FL, NY, NJ

The United States District Court for the Southern District of FL.

The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

**NOTICE**: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

**NOTICE**: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

--

Rivkah F. Jaff, Esq., M.A.

Admitted to practice in FL, NY, NJ

The United States District Court for the Southern District of FL.

The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

**NOTICE**: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this

message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

--

Rivkah F. Jaff, Esq., M.A.

Admitted to practice in FL, NY, NJ

The United States District Court for the Southern District of FL.

The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

--

Rivkah F. Jaff, Esq., M.A.

Admitted to practice in FL, NY, NJ

The United States District Court for the Southern District of FL.

The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.