**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  14-cv-23388-KMM

ORLANDO ESTRADA,

    Plaintiff,

v.

FTS USA, LLC,

    Defendant.
_____/

# **ORDER**

THIS CAUSE came before the Court upon Plaintiff's counsel's Motion to Vacate ("Motion") (ECF No. 102) the Court's Order adopting Magistrate Judge Chris M. McAliley's Report and Recommendation, ("R&R") (ECF No. 99), and Defendant's Motion for Entry of Final Judgment (ECF No. 101).

Plaintiff's counsel requests that the Court vacate its Order adopting the R&R and grant Plaintiff's counsel fourteen (14) days to object to the R&R. Plaintiff's counsel argues that on July 12, 2018, when Plaintiff's counsel K. David Kelly filed a notice of dissociation of counsel, the Clerk of the Court also terminated J.H. Zidell and Rivkah Fay Jaff, Plaintiff's other two counsel.  Plaintiff's counsel states that "no attorney associated with the undersigned Firm, including Plaintiff's counsel, J.H. Zidell, Esq., and Rivkah Jaff, Esq., were aware of the entry of the Report and Recommendation . . . and/or the Court's Order Adopting same . . . and service of the same was only provided to attorney Fox (who has not been associated with the undersigned Firm since November 2016) and counsel for Defendant, attorneys Stibolt, Dougherty, and Calabrese." Motion at 2.

Plaintiff's argument that notice was insufficient because only Attorney Fox received electronic notification does not support vacating the Court's Order. While Plaintiff's counsel correctly states that only Attorney Fox received the electronic notification on behalf of Plaintiff, to date, Attorney Fox remains listed as an attorney to be noticed on behalf of Plaintiffs. The Southern District of Florida Local Rules requires that attorneys maintain current contact information. Pursuant to Local Rule 11.1(g), "The failure to comply shall not constitute grounds for relief from deadlines imposed by Rule or by the Court. All Court Orders and Notices will be deemed to be appropriately served if directed either electronically or by conventional mail consistent with information on file with the Clerk of Court." Counsel's failure to adhere to the Local Rules does not warrant reconsideration of the Court's Order. However, in light of the Clerk's Office error in removing Plaintiff's counsel J.H. Zidell and Rivkah Fay Jaff from the electronic notice distribution list, the Court finds that Plaintiff's counsel should be awarded time to object to the R&R.[1]

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's counsel's Motion (ECF No. 102) is GRANTED IN PART and DENIED IN PART as follows:

---

[1] In Plaintiff's counsel's Motion, counsel stated that "On September 26, 2018, Plaintiff's counsel became aware of the entry of [the R&R and Order] **for the first time**, when attorney Stibolt sent an email advising Plaintiff's counsel of her intent to file a Motion for Final Judgment seeking Plaintiff's counsel's position on same." (ECF No. 102) at 2 (emphasis in original). Yet, on August 13, 2018, Plaintiff's counsel Rivkah Fay Jaff filed a Notice of Supplemental Authority, (ECF No. 100), on the docket and when doing so, Rivkah Fay Jaff was required to activate her status as attorney for Plaintiff. It is unlikely that counsel only became aware of the Order on September 26, 2018. Despite this, the Court provides Plaintiff's counsel with an opportunity to object to the R&R.

1. The Court's Order Adopting the R&R (ECF No 99) shall remain in effect. However, Plaintiffs' counsel shall have fourteen days (14) from the date of this Order to file any objections to the R&R. The Court will conduct a *de novo* review of any properly raised and timely filed objections.

2. The Court reserves ruling on Defendant's Motion for Entry of Final Judgment (ECF No. 101).

3. The Court stays the accrual of attorneys' fees pending Plaintiff's counsel filing objections to the R&R and the Court's ruling on said objections.

DONE AND ORDERED in Chambers, at Miami, Florida this <u>28th</u> day of September, 2018.

K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c: All Counsel of record