UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-cv-23388-KMM

ORLANDO ESTRADA,

    Plaintiff,

v.

FTS USA, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Defendant's Motion for Entry of Final Judgment. (ECF No. 101). Plaintiff filed a response in opposition (ECF No. 113) and Defendant filed a reply (ECF No. 114). The matter is now ripe for review. For the reasons expressed in the Court's Order adopting Magistrate Judge McAliley's Report and Recommendation (ECF No. 99) and Order on Objections to Report and Recommendation (ECF No. 111), and pursuant to Federal Rule of Civil Procedure 58, it is ORDERED AND ADJUDGED that Defendant's Motion for Entry of Final Judgment (ECF No 101) is GRANTED.  Final Judgment is entered in favor of Defendant FTS USA, LLC and against Plaintiff's Counsel J.H. Zidell, P.A. and J.H. Zidell, Esq. in the amount of $60,000. This case shall remain CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of December, 2018.

                                            K. MICHAEL MOORE
                                            UNITED STATES CHIEF DISTRICT JUDGE

c: All counsel of record