

**J. H. ZIDELL PA**
BUSINESS OPERATING ACCOUNT
300 71 ST. SUITE 605
MIAMI BEACH, FL 33141-3089

4653

DATE 12/27/18

PAY TO THE ORDER OF Clerk of District Court    $ 60,000.00

Sixty Thousand 00 _____ DOLLARS

FOR Bond For APPEAL Case #14-23388 DE#115

Private Client Group