UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23388-CIV-KMM/CM

| | |
|---|---|
| ORLANDO ESTRADA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> FTS USA, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF DISASSOCIATION OF COUNSEL**

1. The Plaintiff(s) in this action is/are represented by the firm, J.H. Zidell, P.A. The undersigned has been employed by the firm, J.H. Zidell, P.A., and in the course of representation, the undersigned was associated as representing the Plaintiff(s) in this action. As of 2/28/19, the undersigned will no longer be employed by the firm of J.H. Zidell, P.A.

2. As the undersigned will no longer be employed by the firm, J.H. Zidell, P.A. after, the undersigned will no longer represent the Plaintiff(s) in this action. However, the Plaintiff(s) remain represented by the firm J.H. Zidell, P.A. and its constituent attorneys. The undersigned is taking no clients from J.H. Zidell, PA, and all clients shall remain represented by J.H. Zidell, P.A., and its constituent attorneys.

WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be employed at J.H. Zidell, PA as discussed above, and will not be representing the Plaintiff(s) or otherwise actively performing legal work for such Plaintiff(s) in this matter.

                                                                Respectfully submitted,

                                                                J. H. ZIDELL, P.A.

        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ____
           Rivkah F. Jaff, Esquire
           Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 2/28/19 TO:**

**ALL CM/ECF RECIPIENTS**

  **BY:___/s/___Rivkah Jaff_____**
      **RIVKAH JAFF, ESQ.**