**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-23388-CIV-KMM

ORLANDO ESTRADA,

        Plaintiff,

v.

FTS USA, LLC,

        Defendant.
_____/

**STIPULATION AND PROPOSED ORDER**
**RELEASING SUPERSEDEAS APPEAL BOND**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Orlando Estrada ("Plaintiff" or "Estrada") and Defendant FTS USA, LLC ("Defendant" or "FTS"), subject to the approval of this Court, that the supersedeas appeal bond entered in this case should be released to Defendant FTS USA, LLC. In support of this stipulation, the parties state the following:

1. Final Judgment was entered in this action on December 18, 2018. D.E. # 115.

2. On December 26, 2018, Plaintiff filed a Notice of Appeal to the Eleventh Circuit Court of Appeals. D.E. # 116.

3. Prior to this Court's entry of Final Judgment, on December 11, 2018, Plaintiff filed a Motion to Post Bond and to Stay Collections Pending Appeal. D.E. # 112.

4. On February 7, 2019, this Court granted in part Plaintiff's request and ordered Plaintiff to "post a supersedeas bond into the court registry in the amount of 110% of the $60,000 judgment." D.E. # 122.

5. On February 8, 2019, Plaintiff's Counsel posted the bond and the Clerk of Court entered a receipt in the amount of $66,000. D.E. # 123.

6. This Court subsequently stayed the execution of the final judgment until issuance of a mandate by the Eleventh Circuit Court of Appeals. D.E. # 125.

7. On April 20, 2020, the Eleventh Circuit Court of Appeals affirmed the judgment of this Court, and a mandate was issued on May 19, 2020.

8. Accordingly, the parties stipulate that $60,000 of the supersedeas appeal bond entered in this case on February 8, 2019 should be released to Defendant FTS USA, LLC. And for the remainder, including interest accrued, to be released to J.H. Zidell P.A.

WHEREFORE, the parties, Plaintiff Orlando Estrada and Defendant FTS USA, LLC, stipulate that the supersedeas appeal bond entered in this case in the amount of $60,000 should be released to Defendant FTS USA, LLC, with the remainder, including interest, released to J.H. Zidell, P.A.

Respectfully submitted on this 22nd day of May, 2020

**FOX ROTHSCHILD, LLP**
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
*Counsel for Defendant, FTS USA, LLC*

**J.H. ZIDELL, P.A.**
300 71st Street, # 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7176
*Counsel for Plaintiff, Orlando Estrada*

By: */s/ Dori K. Stibolt*
    Dori K. Stibolt

By: */s/ Jamie H. Zidell (w/permission)*
    Jamie H. Zidell

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF System which will send a Notice of Electronic filing to the following:

By: */s/ Dori K. Stibolt*
Dori K. Stibolt

## **SERVICE LIST**

*United States District Court*
*Southern District of Florida*
Case No. 1:14-cv-2338-KMM

| J.H. Zidell, P.A.<br>300 71st Street, # 605<br>Miami Beach, FL 33141<br>Jamie H. Zidell<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7176<br><br>*Counsel for Plaintiff Orlando Estrada* | FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Dori K. Stibolt<br>Telephone: (561) 835-9600<br>Facsimile: (561) 835-9602<br><br>*Counsel for Defendant FTS USA, LLC* |
|---|---|